STATE of Missouri, Respondent,

v.

Thomas V. BAUER, Appellant.

No. WD 34449.

Missouri Court of Appeals,
Western District.

Dec. 13, 1983.

James W. Fletcher, Public Defender, and Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., and Robert L. Swearingen, Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from jury conviction of forcible sodomy in violation of Section 566.060, RSMo 1978, and the imposition of sentence to 10 years imprisonment in the Missouri Division of Corrections.

Affirmed. Rule 30.25(b).